THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Rollie Stinson, Appellant.
 
 
 
 
 

Appeal From Greenville County
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2008-UP-669
 Submitted December 1, 2008  Filed
December 8, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville,
 for Respondent.
 
 
 

PER CURIAM:  Rollie
 Stinson appeals his driving under the influence conviction and sentence of five
 years imprisonment.  Stinsons counsel argues the trial court erred by
 admitting the Datamaster results because the administrator of the test did not
 establish the machine was in working order.  Stinson filed a pro se brief, containing a multitude of arguments.   After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Stinsons appeal
 and grant counsels motion to be relieved. [1]
APPEAL DISMISSED.  
ANDERSON, HUFF, and
 THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.